UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:                                                                                          24 MC 02753 (AMD)

KARAMVIR DAHIYA,
 an attorney admitted to practice before this Court,

                         Respondent.

-----------------------------------------------------------------X

**BEFORE THE GRIEVANCE COMMITTEE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

       An order having been entered in the Supreme Court of the State of New York, Appellate Division, suspended the respondent from the practice of law before that court.

       IT IS ORDERED, pursuant to Local Rule 1.5, that the respondent is suspended from the practice of law in the Eastern District of New York upon such terms and conditions as set forth in the Supreme Court of the State of New York's order, and until further order of this Court. This order shall become effective 24 days after the date of service upon the respondent unless otherwise modified or stayed.

       If service is unavailable via ECF, the docketing clerk is directed to mail a copy of this order to the respondent, and to close this action without prejudice.

       SO ORDERED.

Dated :       Brooklyn, New York
                July 18, 2024

                                          s/Ann M. Donnelly
                                          _____
                                          ANN M. DONNELLY, U.S.D.J.
                                          Chair of the Committee on
                                          Grievances, E.D.N.Y.